IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MARY ANN DEINNOCENTES, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOLLYWOOD FEED, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:26-cv-00135 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties stipulate to the dismissal with prejudice of this action.

Dated: April 10, 2026

s/ Jason Marshall
Jason Marshall
  IN Bar No. 36889-49
  jmarshall@ealg.law
EQUAL ACCESS LAW GROUP, PLLC
4903 Avenue N
Brooklyn, NY 11234
Telephone: 463.777.4196


Counsel for Plaintiff

s/ Paul DeBoe
Matthew B. Wesley
  IN Bar No. 38551-64
  matthew.wesley@ogletree.com
Paul J. DeBoe, Esq.
  Admitted Pro Hac Vice
  paul.deboe@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
56 S. Washington St., Suite 302
Valparaiso, IN 46383
Telephone: 219.707.5330
Facsimile: 219.242.8669

Counsel for Defendant